Laurin H. Mills (*Pro Hac Vice*) (lmills@nixonpeabody.com)
Talley E. McIntyre (SBN 203131) (tmcintyre@nixonpeabody.com)
Marcie A. Keenan (SBN 177939) (mkeenan@nixonpeabody.com)
**NIXON PEABODY LLP**
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

JS-6



FILED
CLERK, U.S. DISTRICT COURT
APR 1 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendant/Counterclaimant:
GAYA LIMITED

Joseph R. Re (SBN 134,479) (jre@kmob,com)
Joseph F. Jennings (SBN 145,920) (jjennings@kmob.com)
Curtis R. Huffmire (SBN 225,069) (chuffmire@kmob.com)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
APPLIED MEDICAL RESOURCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>GAYA LIMITED, an Irish company,<br><br>　　　　　Defendant.<br>AND RELATED COUNTERCLAIMS | Civil Action No.: CV05-8914 ODW (SHx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JUDGMENT AND DISMISSAL**<br><br>The Honorable Otis D. Wright, II |

-1-

The Court, having considered the stipulation of the parties seeking entry of judgment and dismissal of the present action, and for good cause appearing, does HEREBY ORDER, ADJUDGE and DECREE THAT:

1. This Court has jurisdiction over the parties hereto and the subject matter of this action;

2. Gaya is the owner of U.S. Patent No. 6,945,932 (the '932 patent);

3. Gaya has asserted a claim of infringement of the '932 patent against Applied for Applied's manufacture, use, sale and offer for sale of products alleged to be within the scope of the claims of the '932 patent, including Applied products marketed under the "GelPort" and "GelPort XE" trade names;

4. Applied has not infringed the '932 patent by the manufacture, use, sale, or offer for sale of any Applied products, including those marketed under the "GelPort" or "GelPort XE" trade names;

5. In view of the above, adjudication of Applied's claim for a declaration of patent invalidity is no longer necessary to resolve the dispute between the parties and said claim is therefore dismissed without prejudice;

6. All remaining claims and counterclaims are dismissed with prejudice; and

7. Each party shall bear it own costs and attorneys' fees incurred herein.

Dated: 4/15/08

Hon. Otis D. Wright
United States District Court Judge

5089815_1
033108